**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6211**

JAMIE PAUL DESPER,

              Plaintiff - Appellant,

        v.

H. J. PONTON, Warden; MR. ROGERS, Corporal; MR. DESAINTES, a/k/a DeSaints, Correctional Officer; MS. EVANS, Counselor,

              Defendants – Appellees,

        and,

MR. GERST, Head Counselor; MS. SYLVIA WHITTEN, Facility Ombudsman; MS. ANITA BRYANT, Regional Ombudsman; MR. WOODS, Correctional Officer; MR. LOUIS CEI, Special Programs Manager,

              Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Anthony John Trenga, District Judge. (1:11-cv-00670-AJT-IDD)

Submitted:  May 23, 2013                    Decided:  May 29, 2013

Before MOTZ and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jamie Paul Desper, Appellant Pro Se.   John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Paul Desper appeals the district court's denial of his motion to reconsider its order entering summary judgment against his civil rights action, which proceeded under 42 U.S.C. § 1983 (2006) and the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. §§ 2000cc to 2000cc-5 (2006). We have reviewed the record and find no reversible error. See Sossamon v. Texas, 131 S. Ct. 1651, 1663 (2011); Rendelman v. Rouse, 569 F.3d 182, 186, 189 (4th Cir. 2009). See also Lovelace v. Lee, 472 F.3d 174, 187 (4th Cir. 2006); In re Long Term Admin. Segregation of Inmates Designated as Five Percenters, 174 F.3d 464, 468-69 (4th Cir. 1999).

Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED